UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRELL RAYSHAWN HUGHES,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:20-cv-0637-B (BT) |
| | § | |
| CHERYL LEE SHANNON, et al.<br>Defendants. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the District Court reviewed the proposed Findings, Conclusions, and Recommendation for clear error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATED: March 22, 2021.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE